IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

MICHAEL A. EMEKEKWUE
CHRISTIANA O. EMEKEKWUE                  CASE NO. 13-33009-RAM
                                         CHAPTER 13
                    Debtor(s)

_____/

**MOTION TO VACATE ORDER ON MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION [DE 62]**

**Any interested party who fails to file and serve a written response to this motion within fourteen (14) days after the date of service stated in this motion shall, pursuant to Local Rule 4001(c), be deemed to have consented to the entry of an order granting the relief requested in the motion.**

CITIMORTGAGE, INC., by and through its undersigned attorney, pursuant to Federal Rule of Civil Procedure 60 (b) and moves the Court to Vacate Order Granting Mortgage Modification Mediation, and in support thereof respectfully states:

1. On September 26, 2013, Debtor(s), Michael A. Emekekwue and Christina O. Emekekwue., Voluntary Petition for Relief under 11 U.S.C., Chapter 13.

2. On August 21, 2014, Debtors filed a Motion for Referral to Mortgage Modification Mediaton [D.E. 61] on property located at 4302 NW 203 St., Miami Gardens, FL 33055.

3. On August 27, 2014, a Mortgage Modification Mediation Order [D.E. 62] was entered.

4. On August 28, 2014, the undersigned law office sent the debtor's attorney via email, ssorota@bellsouth.net, the original request to open DMM Portal file and complete financial package, however, no documents were forthcoming nor DMM Portal file opened.

5. Between September 18, 2014 through December 30, 2014, the undersigned law office emailed debtor's attorneys to follow on the original request for documentation and DMM Portal file, however, no response has been received from the debtor.

6. Debtors have failed to provide financial information for Movant to review for loan modification.

WHEREFORE, Movant, CITIMORTGAGE, INC., prays that this Honorable Court will vacate it's Mortgage Modification Order entered on August 27, 2014 and direct Debtors to amend the plan to properly provide for cure of the arrearage as set for in Movant's Proof of Claim.

/s/ Brian M. Guertin
Law Offices of Daniel C. Consuegra, P.L.
**Brian M. Guertin/Florida Bar #109105**
9204 King Palm Drive
Tampa, Florida 33619-1328
bkfiling@consuegralaw.com
Tel (813) 915-8660
Fax (813) 664-8889
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been served either by electronic or standard first class mail this 7th day of January, 2015 to MICHAEL A. EMEKEKWUE, 4302 NW 203 ST, MIAMI GARDENS, FL 33055; CHRISTIANA O. EMEKEKWUE, 4302 NW 203 ST, MIAMI GARDENS, FL 33055; SAMUEL SOROTA, ESQUIRE, 801 N.E. 167 ST#308, NORTH MIAMI, FL 33162; NANCY NEIDICH, TRUSTEE, POB 279806, MIRAMAR, FL 33027; AND UNITED STATES TRUSTEE, 51 SOUTHWEST FIRST AVENUE, SUITE 1204, MIAMI, FL 33130.

      /s/ Brian M. Guertin
      Brian M Guertin, Esquire