UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:

MICHAEL A. EMEKEKWUE,
    Debtor,

CHRISTIANA O. EMEKEKWUE,
    Joint Debtor.
_____/

CASE No. 13-33009-LMI

CHAPTER 13 PROCEEDINGS

FLORIDA BAR No. 124946

## MOTION TO CONTINUE

COMES NOW, Counsel for Debtors, Michael A. Emekekwue and Christiana O. Emekekwue, and moves to continue hearing set for February 10, 2015 at 09:00 a.m. on Motion to Vacate Order on Motion for Referral to Mortgage Modification Mediation; and as grounds states:

1. Counsel's sister passed away this morning and tomorrow he has to attend to her funeral.

WHEREFORE, Counsel respectfully requests this Honorable Court Continue this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion was served via the Notice of Electronic Filing to Nancy K. Neidich, Chapter 13 Trustee, e2c8f01@ch13herket.com; and Office of the US Trustee, USTPRegion 21.MM.ECF@usdoj.gov; by Email to Brian M. Guertin, Esq., Law Offices of Daniel C. Consuegra, P.L. bkfiling@consuegralaw.com - 9204 King Palm Drive, Tampa, Florida 33619-1328, and by U.S. mail to all parties of record of attached list this 7th day of February, 2015.

Samuel S. Sorota, Esq.
Attorney for Debtors
801 N. E. 167th Street – Suite 308
North Miami Beach, Fl 33162
Tel. (305) 652 7777/ Fax (305) 652 6454
ssorota@bellsouth.net

```
Ars Account Resolution
1801 Nw 66th Ave Ste 200
Plantation, FL 33313


Citi Mortgage HAM Program
MS420, 100 Technology Drive
O'Fallon, MO 63368


Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Paramount Recovery
111 E Center St
Lorena, TX 76655
```