United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 13-33009-RAM
Michael A. Emekekwue                                            Chapter 13
Christiana O. Emekekwue
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113C-1           User: catalan            Page 1 of 1            Date Rcvd: Feb 11, 2015
                               Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2015.
db/jdb         +Michael A. Emekekwue,   Christiana O. Emekekwue,   4302 NW 203 St,
                Miami Gardens, Fl 33055-1545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2015 at the address(es) listed below:
              Brian M Guertin    on behalf of Creditor    CitiMortgage, Inc. bkfiling@Consuegralaw.com
              Dessa  Willson    on behalf of Creditor    CitiMortgage, Inc. bkfiling@consuegralaw.com
              Nancy K. Neidich     e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Samuel S Sorota, Esq    on behalf of Debtor Michael A. Emekekwue ssorota@bellsouth.net
              Samuel S Sorota, Esq    on behalf of Joint Debtor Christiana O. Emekekwue ssorota@bellsouth.net
                                                                                             TOTAL: 6

ORDERED in the Southern District of Florida on Feb. 10, 2015



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
MICHAEL A. EMEKEKWUE,
    Debtor,

CASE No. 13-33009-RAM

CHAPTER 13 PROCEEDINGS

CHRISTIANA O. EMEKEKWUE,
    Joint Debtor.
_____/

### ORDER ON COUNSEL'S MOTION TO CONTINUE
### HEARING SET FOR 2/10/2015

THIS CAUSE having come before the court upon debtor's Motion to Continue Hearing set for 2/10/2015 at 09:00 a.m., and the court having considered the motion and having determined that good cause has been shown, and being otherwise fully advised in the premises, it is

ORDERED:

1. Debtors' Motion to Continue Hearing scheduled for February 10, 2015 at 09:00 a.m., is Granted.

2. The Hearing is rescheduled for March 10, 2015 at 9:00 a.m., at the U.S. Bankruptcy Court, 301 North Miami Ave., Courtroom 4, Miami, FL 33128.

RM

Samuel S. Sorota, Esq.
Debtors' Attorney
801 NE 167St, Suite # 308
North Miami Beach, Fl 33162
Tel. (305) 652 7777  Fax (305) 652 6454
ssorota@bellsouth.net

Samuel S. Sorota, Esq., is directed to serve copies of this order on all parties of record.