# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

CASE NO.: 13-33009-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

MICHAEL A EMEKEKWUE
CHRISTIANA O EMEKEKWUE

DEBTORS_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtors are delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$4157.46**.

The Debtors shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only.  Payments must be sent to:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 2099
MEMPHIS, TN  38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **August 7, 2015** to bring the Debtors totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtors failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 23rd day of June 2015.

*/s/ Nancy K. Neidich*
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.:  13-33009-BKC-RAM

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTORS**
MICHAEL A EMEKEKWUE
CHRISTIANA O EMEKEKWUE
4302 NW 203 STREET
MIAMI GARDENS, FL  33055-1545

**ATTORNEY FOR DEBTORS**
SAMUEL S. SOROTA, ESQUIRE
801 N.E. 167 STREET
SUITE 308
N. MIAMI BEACH, FL  33162