## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

IN RE:

MICHAEL A. EMEKEKWUE,
    Debtor,

CHRISTIANA O. EMEKEKWUE,
    Joint Debtor.

_____/

CASE No. 13-33009-RAM

CHAPTER 13 PROCEEDINGS

FLORIDA BAR No. 124946


## MOTION TO MODIFY CONFIRMED PLAN OF REORGANIZATION


NOW INTO COURT comes Michael A. Emekekwue and Christiana O. Emekekwue, debtors in the above numbered case ("Debtors"), who with respect represent:

1. On September 26, 2013, Debtors filed a voluntary petition for relief under Title 11, chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction over the matters presented herein, which are core in nature, pursuant to 28 U.S.C. § 157 (b)(2)(A), 28 U.S.C. § 1334, and 11 U.S.C. § 1329.

3. On October 22, 2014, this Court confirmed Debtors' plan of reorganization ("Plan"). Under the terms of the plan as originally confirmed, Debtors proposed to make payments at $1,151.11 per month to the chapter 13 Trustee ("Trustee") for 10 months, $1,516.67 for months 11 - 20 and $1,313.51 for months 21 - 60. The Plan provided for $5,846.40 in total payments, to unsecured, non-priority claimants. Therefore, the plan is proposed to be as follows:

4. As of July 31, 2015 Debtors' Plan is in month 22 with 38 months remaining. Debtors are not current with payments to the Trustee.

5.      Debtors require further modification of the Plan because Debtors fell behind with Plan payments to the Trustee.  Debtors are delinquent because they failed to increase payment in months 11 - 20 for a total arrearage of $4,157.46.

6.      The  past due payments under the  Plan secured claim will satisfied by modifying the payments due under the Plan.  Payments shall be increased to $1,423.46 beginning with the payment due for August 2015 through month 60. The term of Debtors' Plan shall remain the same.

7.      Distributions to unsecured, non-priority claimants shall not be affected by this modification.  The present value of total distributions to unsecured, non-priority claimants, after giving effect to this modification will be $5,846.40.


WHEREFORE, Michael A. Emekekwue and Christiana O. Emekekwue, debtors in the above captioned proceedings, pray that after notice, the expiration of all legal delays, and hearing, that this Motion to Modify Plan be granted and that Debtors' Plan be modified to increase the payments due for August 2015 through month 60; that modified payments of $1,423.46 for month 23 through month 60 be approved; and for all other general and equitable relief.


Respectfully submitted


X _Samuel S. Sorota_

**Samuel S. Sorota, Esq.**
Attorney for Debtors
801 N. E.  167th Street – Suite 308
North Miami Beach, Fl 33162
Tel. (305) 652 7777/ Fax (305) 652 6454
Email:  ssorota@bellsouth.net

2