# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 13-33009-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

MICHAEL A EMEKEKWUE
CHRISTIANA O EMEKEKWUE

DEBTORS_____/

**NOTICE CONTINUING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN**

**YOU ARE HEREBY NOTIFIED** that the Debtor's Motion to Modify Confirmed Plan has been continued to **October 13, 2015** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 25th day of September, 2015.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE CONTINUING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN
CASE NO.: 13-33009-BKC-RAM

## **SERVICE LIST**

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**DEBTORS**
MICHAEL A EMEKEKWUE
CHRISTIANA O EMEKEKWUE
4302 NW 203 STREET
MIAMI GARDENS, FL 33055-1545

**ATTORNEY FOR DEBTORS**
SAMUEL S. SOROTA, ESQUIRE
801 N.E. 167 STREET
SUITE 308
N. MIAMI BEACH, FL 33162

**SAMUEL S. SOROTA, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.